**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**PAUL JOHN REINHARDT, N.M.D.,**

    **Plaintiff,**

vs.                                               **Case No. 4:05cv107-WS/WCS**

**JOHN O. AGWUNOBI, in his
OFFICIAL CAPACITY AS SECRETARY,
FLORIDA DEPARTMENT OF HEALTH,
and LARRY McPHERSON, in his
OFFICIAL CAPACITY AS EXECUTIVE
DIRECTOR OF THE FLORIDA
BOARD OF MEDICINE,**

    **Defendants.**

    _____/

## O R D E R

    Defendants have filed a motion to dismiss Plaintiff's amended complaint. Doc. 25. The motion, with its incorporated memorandum of law, is also supported by some 44 pages of exhibits which pertain to Defendants' argument that this case is barred by the doctrine of *res judicata*. Defendants have shown that Plaintiff filed a complaint in state court which was dismissed on or about December 1, 2003. Doc. 25, ex. B. The dismissal was upheld by the First District Court of Appeal for Florida, and the Supreme Court of Florida denied a petition for review on jurisdictional grounds. Doc. 25, exhibits C, D. Defendants additionally argue that the case should be dismissed because

Plaintiff lacks standing, and that the amended complaint fails to state a claim.  Doc. 25, p. 5.

Plaintiff, who is proceeding *pro se* in this case, shall be afforded an opportunity to file a reply to Defendants' motion.  Plaintiff's reply shall be filed on or before **July 29, 2005**.  If Plaintiff desires to reply, Plaintiff should address in an organized fashion each argument raised by Defendants.

Accordingly, it is hereby **ORDERED:**

1.  Ruling is **DEFERRED** on Defendants' motion to dismiss, doc. 25.

2.  Plaintiff shall have until **July 29, 2005**, in which to file a response to the motion to dismiss.

3.  **Failure to file a reply may constitute sufficient grounds to grant the pending motion and may result in a recommendation of dismissal of this action.**

4.  The Clerk of Court shall return this file to the undersigned upon receipt of a reply to Defendants' motion, or no later than July 29, 2005.

**DONE AND ORDERED** on July 13, 2005.

```
                              s/    William C. Sherrill, Jr.
                              WILLIAM C. SHERRILL, JR.
                              UNITED STATES MAGISTRATE JUDGE
```