# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PAUL JOHN REINHARDT,

    VS                                            CASE NO. 4:05cv107-WS/WCS

JOHN O. AGWUNOBI,

## REFERRAL AND ORDER

    The **consented** motion/pleading was filed by plaintiff on 07/14/2005 (document #27), and referred to Magistrate Judge William C. Sherrill on 07/15/2005.

    Summary of motion/pleading: CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

                                         WILLIAM M. MCCOOL, CLERK OF COURT

                                         s/ Angela Maxwell
                                         DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, the requested relief is **GRANTED.** The time for filing a response to the Motion To Dismiss the Amended Complaint is extended to August 22, 2005.

                                         S/ William C. Sherrill
                                         UNITED STATES MAGISTRATE JUDGE