IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL JOHN REINHARDT, N.M.D.,

    Plaintiff,

v.                                            4:05cv107-WS

JOHN O. AGWUNOBI, in his OFFICIAL
CAPACITY AS SECRETARY, FLORIDA
DEPARTMENT OF HEALTH, and LARRY
McPHERSON, in his OFFICIAL CAPACITY
AS EXECUTIVE DIRECTOR OF THE
FLORIDA BOARD OF MEDICINE,

    Defendants.

## ORDER UPHOLDING THE MAGISTRATE JUDGE'S ORDER

Before the court is the plaintiff's motion (doc. 48) for *de novo* review of the magistrate judge's order (doc. 43) docketed September 7, 2005. Pursuant to Title 28, United States Code, Section 636(b)(1)(A), this court may reconsider any pretrial matter "where it has been shown that the magistrate's order is clearly erroneous or contrary to law."

The court finding no clear error in the magistrate judge's order docketed September 7, 2005, it is ORDERED:

The plaintiff's request (doc. 48) to have this court rescind the magistrate judge's

order of September 7, 2005, is hereby DENIED.

DONE AND ORDERED this October 19, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE