**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**PAUL JOHN REINHARDT,**

    **Plaintiff,**

vs.                                                Case Number 4:05cv107-WS/WCS

**DR. M. RONY FRANCOIS, et al.,**

    **Defendants.**

                                    /

**O R D E R**

      Dr. M. Rony Francois has replaced Dr. Agwunobi as Secretary of the Florida Department of Health.  Pursuant to Rule 25(d), the consented motion to substitute a party, doc. 49, will be granted.[1]

      Plaintiff has filed an objection and motion for de novo review of an order entered by me.  Doc. 48.  Defendants have filed a response to the motion.  Doc. 45.  The objections and response will be referred to the assigned District Judge for review.

      That review does not preclude consideration of the pending motion to dismiss Plaintiff's amended complaint.  Doc. 25.  Plaintiff was previously advised of his

---

[1] The style of the case now reflects the change in parties and the parties shall no longer reference Dr. Agwunobi as a Defendant.

obligation to respond, doc. 31, and his amended response and supporting memorandum of law are before the Court.  Doc. 46.  The Clerk shall return this file to the undersigned after docketing this order for consideration of the pending motion.

Accordingly, it is **ORDERED:**

1.  Defendants' unopposed motion to substitute a party under Rule 25(d), doc. 49, is **GRANTED**.

2.  The Clerk of Court shall correct the docket to reflect that John O. Agsunobi is no longer a Defendant in this case and Dr. M. Rony Francois is hereby substituted pursuant to Fed. R. Civ. P. 25(d).

3.  Plaintiff's objection and motion for de novo review of an order entered by the undersigned, doc. 48, and Defendants response to the motion, doc. 45, shall be referred to the assigned District Judge.

4.  The Clerk of Court shall refer this file to the undersigned after docketing for consideration of the pending motion to dismiss.

**DONE AND ORDERED** on October 19, 2005.

> s/    William C. Sherrill, Jr.
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**

Case Number 4:05cv107-WS/WCS